**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 7, 2023**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00625-CV

**FRONTIER CUSTOM BUILDERS, INC. AND RONALD W. BOPP, JR., Appellants**

**V.**

**GERALD WILSON AND MARSHERRIA WILSON, Appellees**

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2019-62860**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 3, 2023. On October 20, 2023, appellants filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.